IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY LYONS | ) |
| Plainiff | ) ) ) |
| V. | ) NO. 4:13CV00222D ) |
| CAROLYN W. COLVIN Acting Commissioner of SSA | ) ) ) ) |
| Defendant | ) ) ) |

ORDER

On this day, it is presented to the Court, the plaintiff's Unopposed Motion to Consolidate civil action 4:13CV00222D with civil action 4:13CV00204RJ. The Appeals Council vacated their August 2, 2013, denial which was the subject of civil action 4:13CV00204RJ, and since the parties are already into the briefing process in this civil action plaintiff has moved to consolidate civil action 4:13CV00222D with civil action 4:13CV00204RJ.

IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that this case be consolidated with plaintiff's first civil action 4:13CV00204RJ.

SO ORDERED. This **29** day of April 2014.

JAMES C. DEVER III
Chief United States District Judge